IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JASPER DEWAYNE WEST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 7:14-CV-110-HL-TQL |
| | : | |
| SERGEANT SMITH , | : | |
| | : | 42 U.S.C. § 1983 |
| Defendants. | : | |

_____

**O R D E R**

Plaintiff Jasper Dewayne West, a state prisoner currently confined at the Georgia State Prison, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. In an Order dated July 16, 2014 (Doc. 4), which was resent to Plaintiff at his new address on July 31, 2014, the undersigned ordered Plaintiff to pay the filing fee or file a proper motion to proceed *in forma pauperis* within twenty-one days of the date of the Order. Plaintiff was also ordered to respond and show cause why his lawsuit should not be dismissed for abuse of the judicial process. (*Id*.) Plaintiff has failed to file a response to the Order within the time allowed.

WHEREFORE, Plaintiff's complaint is hereby DISMISSED without prejudice for his failure to comply with the Court's orders.

SO ORDERED, this 10th day of September, 2014.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

lws